UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN JONES, *et al.*,

    Plaintiffs,

v.

CITY OF BURTON, *et al.*,

    Defendants.

Case No. 23-cv-12272
Hon. Matthew F. Leitman

_____/

### ORDER STAYING ALL FILINGS UNTIL FURTHER ORDER OF THE COURT FOLLOWING STATUS CONFERENCE

On June 30, 2025, Defendants the City of Burton and Charles Abbey, Duane Haskins, Joshua Leadford, and Brian Ross filed motions for summary judgment in this action. (*See* Motions, ECF Nos. 29, 30.)  The Court will soon be scheduling a status conference with all counsel to discuss the motions.  Until further order of the Court following that conference, all filings in this action – including Plaintiffs' responses to Defendants' motions – are **STAYED**.  There shall be no additional filings until further order of the Court.

    **IT IS SO ORDERED**.

                                        s/Matthew F. Leitman
                                        MATTHEW F. LEITMAN
                                        UNITED STATES DISTRICT JUDGE

Dated:  June 23, 2025

      I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 23, 2025, by electronic means and/or ordinary mail.

                                            s/Holly A. Ryan
                                            Case Manager
                                            (313) 234-5126