UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN JONES, *et al.*,

        Plaintiffs,

v.

CITY OF BURTON, *et al.*,

        Defendants.

Case No. 23-cv-12272
Hon. Matthew F. Leitman

_____/

## ORDER STRIKING DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT WITHOUT PREJUDICE (ECF Nos. 29, 30)

On June 30, 2025, Defendants the City of Burton and Charles Abbey, Duane Haskins, Joshua Leadford, and Brian Ross filed motions for summary judgment in this action. (*See* Mots., ECF Nos. 29, 30.)  Following a status conference with the parties, the Court administratively terminated the motions while the parties pursued a private mediation. (*See* Order, ECF No. 33.)  The case did not settle, and the Court held an additional status conference on June 5, 2026, to discuss next steps in this case.  The Court thereafter directed the Defendants to file renewed motions for summary judgment by June 22, 2026. (*See* Dkt.)

During the June 5 status conference, Plaintiffs raised concerns that some of the exhibits included in Defendants' initially-filed summary judgment motions contained unredacted personal identifying information of the Plaintiffs,

1

including  confidential health information that Plaintiffs said was not relevant to the motions.  Out of an abundance of caution, and because Defendants will be filing renewed motions, the Court **STRIKES** Defendants' initial summary judgment motions (and all exhibits to those motions) from the Court's record.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  June 16, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 16, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2